**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURO ALEJANDRO, III,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON WILLIAMSON #876, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 06-0449 OWW LJO<br><br>**ORDER FOR SERVICE OF AMENDED COMPLAINT** |

Plaintiff Maurao Alejandro, III ("plaintiff") is a state prisoner and proceeds pro se in this action. Plaintiff's amended complaint, filed May 18, 2006, is pending before this Court. This Court has granted plaintiff's request to proceed in forma pauperis.  Accordingly, this Court:

1. ORDERS that service is appropriate for defendant Bakersfield Police Officers Jason Williamsson #876 and Aaron Stringer #973 and defendant California Highway Patrol Officers Ashe #16947 and Fallas #14770;

2. DIRECTS this Court's clerk to send plaintiff four USM-285 forms, four summonses, an instruction sheet and a copy of plaintiff's amended complaint, filed May 18, 2006; and

3. ORDERS plaintiff, no later than June 27, 2006, to complete the Notice of Submission of Documents and submit the completed Notice to this Court with the following documents:

    a. One completed summons for each defendant noted above;

1         b.    One completed USM-285 form for each defendant noted above; and

2         c.    Four copies of the endorsed amended complaint, filed May 18, 2006.

Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to F.R.Civ.P. 4 without payment of costs.

**Plaintiff's failure to comply with this order will result in a recommendation to dismiss this action for failure to obey this Court's order. Local Rule 11-110.**

IT IS SO ORDERED.

**Dated:   May 23, 2006**          /s/ Lawrence J. O'Neill
66h44d                              UNITED STATES MAGISTRATE JUDGE