IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO ALEJANDRO, III,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JASON WILLIAMSON #876, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 06-0449 OWW LJO<br><br>ORDER TO U.S. MARSHAL TO SERVE AMENDED COMPLAINT |

Plaintiff Mauro Alejandro, III ("plaintiff") is a state prisoner and proceeds in forma pauperis in this action. This Court ordered plaintiff to provide information for service of process on Form USM-285, sufficient copies of his amended complaint for service, and a notice of compliance. Plaintiff has filed the required papers. On the basis of good cause, this Court:

　　1.　　DIRECTS this Court's clerk to forward to the U.S. Marshal:

　　　　　a.　　One completed and issued summons for **each** of the four defendants to be served;

　　　　　b.　　One completed Form USM-285 for **each** of the four defendants to be served;

　　　　　c.　　One copy of the amended complaint filed on May 18, 2006, for **each** of the four defendants to be served, plus an extra copy for the U.S. Marshal;

　　　　　d.　　One copy of this order for **each** of the four defendants to be served, plus an extra copy for the U.S. Marshal; and

　　　　　e.　　One copy of this Court's consent form for **each** of the four defendants to be

1

served.

2. DIRECTS the U.S. Marshal, within 10 days from this order's date, to notify defendants **Bakersfield Police Officers Jason Williamson #876 and Aaron Stringer #973 and defendant California Highway Patrol Officers Ashe #16947 and Fallas #14770** of the commencement of this action and to request a waiver of service in accordance with F.R.Civ.P. 4(d) and 28 U.S.C. § 566(c).

3. DIRECTS the U.S. Marshal to file returned waivers of service and a copy of the amended complaint in its file for future use.

4. DIRECTS the U.S. Marshal that, if a waiver of service is not returned by a defendant within 60 days of the date of mailing the request for waiver, to personally serve process and a copy of this order on defendants pursuant to F.R.Civ.P. 4 and 28 U.S.C. § 566(c);

5. DIRECTS the U.S. Marshal, within 10 days after personal service is accomplished, to file the return of service for each defendant along with evidence of attempts to secure waiver of service of process and costs subsequently incurred to effect service of each defendant. Such costs shall be enumerated on the Form USM-285 and shall include the costs incurred by the U.S. Marshal to make additional photocopies of the summons and amended complaint and to prepare new Forms USM-285, if needed. Costs of service will taxed against the defendant(s), pursuant to F.R.Civ.P. 4(d)(2).

6. DIRECTS the U.S. Marshal not to serve defendants if defendants first appear in this action by filing an answer, dispositive motion or other pleading.

IT IS SO ORDERED.

**Dated:   June 21, 2006**            **/s/ Lawrence J. O'Neill**
66h44d                                 UNITED STATES MAGISTRATE JUDGE