IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO ALEJANDRO III, | CASE NO. CV F 06-0449 OWW LJO |
| Plaintiff, | **ORDER TO DENY REQUEST TO ENTER DEFAULT** |
| vs. | (Docs. 34, 35.) |
| JASON WILLIAMSON #876, et al., | |
| Defendants. / | |

On October 17, 2006, defendant California Highway Patrol Officers Dan Fallas ("Officer Fallas") and Matt Ashe ("Officer Ashe") filed their F.R.Civ.P. 12(b)(6) motion to dismiss to which plaintiff Mauro Alejandro III ("plaintiff") has filed no timely opposition. On November 17, 2006, plaintiff filed his request for this Court's clerk to enter default against Officer Fallas and Officer Ashe on grounds they had "failed to appear or otherwise respond to the complaint." This Court construes plaintiff's request as an attempt to commit fraud upon this Court in that Officers Fallas and Ashe have plead and appeared in this action to avoid entry of default against them. On the basis of good cause, this Court:

1.   DENIES plaintiff's request to enter default against Officers Fallas and Ashe;

2.   DIRECTS this Court's clerk NOT to enter default against Officers Fallas and Ashe; and

3.   ADMONISHES plaintiff to cease further attempts to defraud this Court.

IT IS SO ORDERED.

**Dated:   November 21, 2006**          **/s/ Lawrence J. O'Neill**

1

1  66h44d                        UNITED STATES MAGISTRATE JUDGE