IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MAURO ALEJANDRO III, | CASE NO. CV F 06-0449 OWW LJO | |
|---|---|---|
| Plaintiff, | <u>DISCOVERY AND SCHEDULING ORDER</u> | |
| vs. | | |
| JASON WILLIAMSON #876, et al., | Deadline to Amend Pleadings: | April 20, 2007 |
| | Discovery Cutoff: | Nov. 23, 2007 |
| Defendants. | | |
| | Dispositive Motion Filing Deadline: | January 11, 2008 |

    Defendants recently filed answers to plaintiff's amended complaint. On the basis of good cause, this Court opens discovery for this action and sets a schedule as follows:

1. Discovery requests shall be served by the parties pursuant to F.R.Civ.P. 5 and this Court's Local Rule 5-135 and shall be filed only when required by Local Rules 33-250(c), 34-250(c) and 36-250(c).

2. Responses to written discovery requests shall be due 45 days after the request is first served.

3. Pursuant to F.R.Civ.P. 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least 14 days before such a deposition, defendants serve all parties with the notice required by F.R.Civ.P. 30(b)(1).

4. If disputes arise about the parties' obligations to respond to requests for discovery, the

1 parties shall comply with all pertinent rules, including F.R.Civ.P. 5, 7, 11 and 26-37 and
2 this Court's Local Rules 11-110, 7-130, 7-131, 5-134, 5-135, 6-136, 43-140 and
3 78-230(m).  Unless otherwise ordered, Local Rule 37-251 shall not apply.  A discovery
4 motion that does not comply with all applicable rules will be stricken and may result in
5 imposition of sanctions.

6  5. The deadline to amend pleadings is April 20, 2007.

7  6. All discovery and discovery motions (including motions to compel) shall be completed
8 by or heard no later than November 23, 2007.

9  6. The deadline to serve and file pretrial dispositive motions is January 11, 2008.

10  7. **Extensions of time will be granted only on a showing of good cause.**

11 IT IS SO ORDERED.

12 **Dated:    January 23, 2007**               /s/ Lawrence J. O'Neill
   66h44d                                UNITED STATES MAGISTRATE JUDGE