EDMUND G. BROWN JR.
Attorney General of the State of California
ALBERTO L. GONZALEZ
Supervising Deputy Attorney General
OLIVER R. LEWIS, State Bar No. 133557
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5495
 Fax: (916) 322-8288
 Email: Oliver.Lewis@doj.ca.gov

**Attorneys for Defendants CHP Officer Dan Fallas and CHP Officer Matt Ashe**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURO ALEJANDRO, III,**<br><br>                                        Plaintiff,<br><br>v.<br><br>**BAKERSFIELD POLICE OFFICER JASON WILLIAMSON #876, et al.**<br><br>                                        Defendants. | 1:06-cv-00449 OWW GSA<br><br>**ORDER GRANTING DEFENDANTS DAN FALLAS AND MATT ASHE'S REQUEST TO EXTEND THE DISPOSITIVE MOTION FILING CUT-OFF DATE**<br><br>(Doc. #59)<br><br>Magistrate: The Honorable Gary S. Austin<br>Trial Date:  None |

Defendants have requested that the Court extend the dispositive motion cut-off deadline from January 11, 2008, to, and including, March 11, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' January 2, 2008, request is granted; and

2. The cut-off deadline for filing dispositive motions will be March 11, 2008.


Date: January 9, 2008                            /s/ Gary S. Austin
                                                 Gary S. Austin
                                                 United States Magistrate Judge

---

Order Granting Request to Extend Dispositive Motion Date

1